UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WALTER BENITEZ DIAZ, on behalf of himself and
others similarly situated,
                          Plaintiff,

   -against-

RIVIERA CATERERS INC., RIVIERA CATERERS I,
LLC, PATRICIA CAVITOLO, ZACHARY
CAVITOLO, and ANDREW CAVITOLO,

                          Defendants.
-----------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Docket No. 17-CV-7263 (FB) (JO)

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the following are parent companies, subsidiaries or affiliates of Riviera Caterers Inc. and Riviera Caterers I, LLC, which have any outstanding securities in the hands of the public:

      None.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:   New York, New York
            March 9, 2018

                                  Yours, etc.,

                                  LANDMAN CORSI BALLAINE & FORD P.C.

                          By:   _____
                                  Gina E. Nicotera
                                  Attorneys for Defendants
                                  120 Broadway, 27th Floor
                                  New York, New York 10271
                                  (212) 238-4800

TO:   CILENTI & COOPER, PLLC
        Attorneys for Plaintiff
        708 Third Avenue, 6th Floor
        New York, New York 10017
        (212) 209-7102