UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WALTER BENITEZ DIAZ,

                          Plaintiff,                        JUDGMENT
                                                            17-cv-07263(PKC)(JO)

   -against-

RIVIERA CATERERS INC., RIVIERA
CATERERS I, LLC, R.C. STILLWELL
LLC, PATRICIA CAVITOLO, and
ZACHARY CAVITOLO,

                          Defendants.
------------------------------------------------------------ X

       An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on February 28, 2019, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated February 27, 2019, dismissing this action without prejudice pursuant to Rule 41(b) for failure to prosecute; it is

       ORDERED and ADJUDGED that pursuant to Rule 41(b), this action is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, NY                                                   Douglas C. Palmer
       March 1, 2019                                                  Clerk of Court

                                                              By:   */s/Jalitza Poveda*
                                                                        Deputy Clerk